# BERKELEY FEDERAL BANK AND TRUST FSB *v.* JEFFREY W. NAVIN ET AL.
## (AC 17126)

O'Connell, C. J., and Lavery and Daly, Js.

Argued December 16, 1997—officially released January 13, 1998

Per Curiam. The judgment is affirmed.

# STATE OF CONNECTICUT *v.* SATBIR S. PAUL
## (AC 16480)

O'Connell, C. J., and Schaller and Hennessy, Js.

Argued January 12—officially released February 3, 1998

Per Curiam. The judgment is affirmed.

# JOHN DENBY *v.* COMMISSIONER OF CORRECTION
## (AC 16721)

Lavery, Schaller and Hennessy, Js.

Argued January 14—officially released February 3, 1998

Per Curiam. The judgment is affirmed.